UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.        Criminal No. 09-cr-41-(1/5)-JL

<u>Sandy Rodriguez Brito et al</u>

<u>O R D E R</u>

  The assented to motion to reschedule jury trial (document no. 24) filed by defendant is granted.  The continuance is limited to 60 days.

  Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

  SO ORDERED.

                _____
                Joseph N. Laplante
                United States District Judge

Date: April 28, 2009


cc: Richard F. Monteith, Jr.
   Patrick Shanley, Esq.
   Liam Scully, Esq.
   Debra M. Walsh, AUSA
   Donald A. Feith, AUSA
   U.S. Marshal
   U.S. Probation