UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.         Criminal No. 09-cr-41-1, 2, 4-JL

Sandy Rodriguez Brito, et al.


# O R D E R

  The assented to motion to reschedule jury trial (document no. 37) filed by defendant Manuel Perez is granted.   All three trial-bound defendants joined in this motion at today's chambers conference.  Trial is continued into the October 2009 trial period.

  Defendant Perez shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

  Further, defendant Perez's motion to suppress arrest warrant (document #33) was withdrawn, although a similar motion may be filed in its place.  Any further suppression motions, by any party, will be filed no later than July 8.

  SO ORDERED.

                _Joe Laplante_

                Joseph N. Laplante
                United States District Judge

Date:  June 24, 2009

cc:  Liam Scully, Esq.
   Richard Monteith, Esq.
   Patrick Shanley, Esq.
   Donald Feith, Esq.
   Debra Walsh, Esq.
   U.S. Marshal
   U.S. Probation